ACCEPTED
01-15-00246-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 1:40:02 PM
CHRISTOPHER PRINE
CLERK

Cause No. 01-15-00246-CR

| | | |
|---|---|---|
| DORSEY NATHANIEL CARR, III | * | IN THE COURT OF APPEALS |
| APPELLANT | * | |
| | * | |
| V. | * | FIRST DISTRICT |
| | * | |
| THE STATE OF TEXAS, | * | |
| APPELLEE | * | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 1:40:02 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Comes now DORSEY NATHANIEL CARR, III, through his attorney of record John J. Davis, and files this Motion For An Extension of Time in which to file Appellant's Brief pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure. In support of this Motion, Appellant shows the Court the following:

I.

TRIAL COURT: 239th District Court of Brazoria County, Texas,
Judge Patrick Sebesta, presiding.

CAUSE NUMBER: 74,219

STYLE: The State of Texas vs. Dorsey Nathaniel Carr, III

DATE OF JUDGMENT: February 20, 2015

CONVICTION (OFFENSE): Felony DWI Enhanced

SENTENCE: Ten (10) years TDCJ-ID.

DEADLINE FOR FILING APPELLANT'S BRIEF: July 22, 2015

LENGTH OF TIME REQUESTED FOR EXTENSION: August 21, 2015
(30 days)

NUMBER OF PREVIOUS EXTENSIONS GRANTED: None

## II.
## REASONS FOR EXTENSION

Appellant's request for an extension is based upon the following facts:

Counsel is the defense counsel for the Brazoria County Drug Court which meets every week and requires additional time for client conferences. Counsel is also the appointed defense counsel at probation reviews in the 149th and 239th District Courts as well as the appointed defense counsel for the jail dockets in County Court at Law Number 1 of Brazoria County. Counsel's case load and the settings and requirements of the drug court and the review and jail dockets coupled with the need of a sole practitioner to meet with clients and maintain some semblance of a cash flow have resulted in Counsel being unable to finish the brief by the stated deadline.

WHEREFORE, PREMISES CONSIDERED, Appellant prays the Court grant this MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF and extend the time for filing the Brief until **August 21, 2015.**

Respectfully submitted,

/s/ John J. Davis

_____

John J. Davis
P.O. Box 787
205 N. Chenango
Angleton, Texas 77516-0787
SBN 05515500
Telephone: (979) 849-4362
d.attorne@sbcglobal.net

ATTORNEY FOR APPELLANT

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF was served to:

Jeri Yenne
Criminal District Attorney
Brazoria County Courthouse
111 East Locust, Suite 408A
Angleton, Texas 77515
**ATTENTION: David Bosserman**
**VIA FACSIMILE (979) 864-1525**

on the 21st day of July, 2015.

/s/ John J. Davis

_____
John J. Davis
Attorney for Appellant

3